1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      v.<br><br>$9,922.00 U.S. CURRENCY,<br><br>                              Defendant. | NO:  2:14-CV-84-RMP<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States' Motion for Entry of the Final Order of Forfeiture, **ECF No. 11**.  The Court has reviewed the motion, all relevant filings, and is fully informed.

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.  ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being forfeited is described as follows:

FINAL ORDER OF FORFEITURE ~ 1

$9,922.00 U.S. Currency, seized by the Washington State Patrol, from

Damar Ajhon William Lee, on or about November 25, 2013, at

Milepost 258 on Interstate 90, at or near Spokane, Washington,

pursuant to a consent search.

On April 29, 2014, the United States Marshals Service executed the Warrant

of Arrest In Rem.  The returned warrant was filed with the Court under the above

cause number on April 29, 2014.  ECF No. 5.

Notice of Civil Forfeiture Action was posted on the official government

website beginning July 18, 2014, through August 16, 2014, as required by Rule

G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on

September 26, 2014.  ECF Nos. 10, 10-1 and 10-2.  At the latest, the claim period

expired on September 16, 2014.

On or about April 29, 2014, Damar A.W. Lee was served, via certified mail,

return receipt requested, with a copy of the Verified Complaint for Forfeiture In

Rem, the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture.

ECF Nos. 6 and 6-1.  Based upon the direct notice service date, Damar A.W. Lee's

deadline to file a timely claim was June 3, 2014.  To date, no claim of interest has

been received or filed with the Court from Damar A.W. Lee.

On June 4, 2014, the United States served and filed its Notice of Motion for Default. ECF No. 7. On July 17, 2014, the United States filed a Motion for Default. ECF Nos. 8 and 8-1. On July 18, 2014, the Clerk entered a default order as to Damar A.W. Lee. ECF No. 9.

It appears to the Court that any and all potential claimant's interest in the defendant property has been resolved through the entry of the Clerk's Order of Default as to Damar A.W. Lee.

Accordingly, **IT IS HEREBY ORDERED:**

1. United States' Motion for Entry of the Final Order of Forfeiture, **ECF No. 11**, is **GRANTED**. The defendant property is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

2. The United States shall dispose of the forfeited defendant property in accordance with law.

The District Court Clerk is directed to enter this Order and to provide copies to counsel and to Damar AW Lee, via U.S. Postal Service, 7021 East 6th Avenue, Spokane, Valley, WA 99212-0578, and **close this case**.

**DATED** this 27th day of October 2014.

_____ *s/ Rosanna Malouf Peterson* _____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

FINAL ORDER OF FORFEITURE ~ 3